IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT THORNTON,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | Case No. CIV-12-221-M |
| ) | |
| JUSTIN JONES, Director,  ) | |
| ) | |
| Respondent.  ) | |

**ORDER**

On December 18, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that habeas relief be denied. The parties were advised of their right to object to the Report and Recommendation by January 7, 2013. Petitioner has filed a timely objection.

Having carefully reviewed this matter de novo, the Court:

(1)  ADOPTS the Report and Recommendation issued by the Magistrate Judge on December 18, 2012; and

(2)  DENIES the Petition for Writ of Habeas Corpus; and

(3)  ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 15th day of January, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE